**KEYA C. DENNER, ESQ.**
**NORRIS McLAUGHLIN & MARCUS, P.A.**
Route 202-206, Suite 200
Bridgewater, NJ 08807-5933
(908) 722-0700
*Attorneys for Plaintiffs, Robert Gregory,*
*Samuel Gregory and Christopher Gregory*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------- x
:
ROBERT GREGORY, SAMUEL : **ELECTRONICALLY FILED**
GREGORY, and CHRISTOPHER :
GREGORY, :
: Civil Action No.: 2:15-cv-00320(WHW)(CLW)
Plaintiffs, :
:
v. : **NOTICE OF MOTION COMPELLING**
: **PRODUCTION OF DOCUMENTS AND**
W. PATRIC GREGORY III, : **COMPLIANCE WITH THIRD-PARTY**
: **SUBPOENAS**
Defendant, :
:
------------------------------------------------------- x

TO:   Laurence B. Orloff, Esq.
      Orloff, Lowenbach, Stifelman & Siegel, P.A.
      101 Eisenhower Parkway, Suite 400
      Roseland, New Jersey 07068-1097
              -and-
      Michael S. Haratz, Esq.
      Haratz Law LLC
      50 Division Street, Suite 501
      Somerville, New Jersey 08876
      *Attorneys for Defendant*

      Bruce H. Matson, Esq.
      Chief Legal Officer
      LeClair Ryan
      919 East Main Street
      Twenty-Fourth Floor
      Richmond, VA 23219

Joseph Cipolla, CPA
Cipolla & Co., LLC
851 Franklin Lakes Road
Franklin Lakes, NJ  07417

**SIRS:**

PLEASE TAKE NOTICE that on Monday, May 2, 2016, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiffs Robert Gregory, Samuel Gregory, and Christopher Gregory ("Plaintiffs"), shall move, pursuant to Fed. R. Civ. P. 37 and 45, before the United States District Court for the District of New Jersey (Hon. Cathy L. Waldor, U.S.M.J.), at the Martin Luther King, Jr. Federal Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order compelling: (1) the production of documents pursuant to Fed. R. Civ. P. 37; and (2) compliance with subpoenas pursuant to Fed. R. Civ. P. 45.

PLEASE TAKE FURTHER NOTICE that in support of said motion, Plaintiffs shall rely upon the Declaration of Keya C. Denner, Esq. and Brief submitted herewith.

PLEASE TAKE FURTHER NOTICE that Plaintiffs hereby waive oral argument unless opposing papers are timely filed and served.

A proposed form of Order is submitted herewith.

                              NORRIS, McLAUGHLIN & MARCUS, P.A.
                              *Attorneys for Plaintiffs, Robert Gregory,*
                              *Samuel Gregory and Christopher Gregory*

                    By: _____/s/ Keya C. Denner_____
                             KEYA C. DENNER

Dated: April 8, 2016

## CERTIFICATION OF SERVICE

I hereby certify that on today's date, copies of the within motion papers were served, via the Court's electronic filing system, upon:

>Laurence B. Orloff, Esq.
>Orloff, Lowenbach, Stifelman & Siegel
>101 Eisenhower Parkway
>Roseland, New Jersey 07068-1097
>Attorneys for Plaintiffs
>
>Michael S. Haratz, Esq.
>LeClairRyan
>One Riverfront Plaza
>1037 Raymond Boulevard, 16th Floor
>Newark, New Jersey  07102
>Attorneys for Plaintiffs

I hereby certify that on today's date, copies of the within motion papers were sent by regular mail to:

>Bruce H. Matson, Esq.
>Chief Legal Officer
>LeClair Ryan
>919 East Main Street
>Twenty-Fourth Floor
>Richmond, VA 23219
>
>Joseph Cipolla, CPA
>Cipolla & Co., LLC
>851 Franklin Lakes Road
>Franklin Lakes, NJ  07417

I hereby certify that the foregoing statement made by me is true.  I am aware that if the foregoing statement is willfully false, I am subject to punishment.

                                                             _/s/ Keya C. Denner_____
                                                            KEYA C. DENNER

Dated: April 8, 2016